IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CARL F. STEPHENS,

      Appellant,

 v.

STATE OF FLORIDA,

      Appellee.

Case No.  5D22-1245
LT Case No. 1998-CF-3569-A

_____/

Opinion filed May 9, 2023

Appeal from the Circuit Court
for Seminole County,
Melanie Chase, Judge.

Matthew J. Metz, Public Defender,
and Andrew Mich, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Stephen R. Putnam,
Jr., Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

AFFIRMED. *See Timke v. State*, 313 So. 3d 714 (Fla. 2d DCA 2020).


LAMBERT, C.J., HARRIS and MACIVER, JJ., concur.